UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. PAUL BERGRIN          09cr369

## PETITION FOR
## WRIT OF HABEAS CORPUS

1. VINCENTE ESTEVES, DOB:         1972  SBI#: 764910B, is now confined to Monmouth County Correctional Institute.

2. VINCENTE ESTEVES, DOB:         1972  SBI#: 764910B will be required at the United States Court House in Newark, New Jersey before the Hon. Madeline Cox Arleo, U.S. Magistrate Judge, on Thursday, June 4, 2009, at 11:00 a.m., for an Initial Appearance, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: May 27, 2009
Newark, NJ

Joseph N. Minish, Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 5/28/09

Hon. Madeline Cox Arleo, U.S.M.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Monmouth County Correctional Institute
WE COMMAND YOU that you have the body of

VINCENTE ESTEVES, DOB:         1972  SBI #: 764910B

now confined at the Monmouth County Correctional Institute, brought before the United States District Court, before the Hon. Madeline Cox Arleo, U.S. Magistrate Judge, on Thursday, June 4, 2009, at 11:00 a.m., for an Initial Appearance.

WITNESS the Hon. Madeline Cox Arleo
United States Magistrate Judge
Newark, New Jersey.

DATED: 5/28/09

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk