```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|                          |   |                       |
|--------------------------|---|-----------------------|
| UNITED STATES of AMERICA | : | <u>O R D E R</u>      |
|                          | : |                       |
| v.                       | : | Case No.  9cr369-5(DMC) |
| VICENTE ESTEVES          | : |                       |

This matter having come before the Court on a Report and Recommendation of Honorable Mark Falk, United States Magistrate Judge, to accept the guilty plea of the defendant to count 3s of the Superseding Indictment entered by the defendant on 14 February 2013; and

The court having reviewed same; and

For good cause shown;

It is on this 25th  day of February 2013  ORDERED that the Report and Recommendation of Magistrate Judge Falk entered on February 14, 2013 is **adopted** and the defendant is to be found guilty as to count 3s of the superseding Indictment.


                                            <u>S/DENNIS M. CAVANAUGH</u>
                                            Dennis M. Cavanaugh, U.S.D.J.