IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    Crim. Nos. 09-369 (JLL) |
| VICENTE ESTEVES | : |

**ORDER**

AND NOW, this 10 day of Dec, 2015, upon consideration of the Government's unopposed motion to produce sealed records, and in order to provide a basis to correct the Judgment of Conviction in this case, it is hereby ORDERED that:

1. The Government's motion is GRANTED; and

2. A copy of the transcript for the November 21, 2013, sentencing hearing is unsealed; and,

3. The Court Reporter who made the stenographic record of the November 21, 2013, sentencing hearing shall, upon their request, make a transcript of that record available to any representative of the United States Attorney's Office and to Defendant's counsel, John P. McGovern, Esq.; and

4. The United States Attorney's Office and the Defendant each respectively shall be responsible for paying the costs of producing the transcript the party requests pursuant to this order.

BY THE COURT:

_____
Honorable Jose L. Linares
United States District Judge